**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

|  |  |
|---|---|
| AERY AVIATION, LLC,<br>1009 Providence Boulevard<br>Newport News, VA 23602<br><br>      Plaintiff,<br><br>v.<br><br>TALENTSCALE, INC.,<br>1350 E. Flamingo Road, Suite 734<br>Las Vegas, NV 89119<br><br>      and<br><br>DOUGLAS POLDRUGO,<br>225 La Canosa Blvd.<br>Santa Rosa Beach, FL 32459<br><br>      Defendants. | Case No. |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Talentscale, Inc. ("Talentscale") and Douglas Poldrugo hereby remove this action from the Circuit Court for the City of Newport News, Virginia, to the United States District Court for the Eastern District of Virginia. The grounds for removal are set forth below.

**THE REMOVED CASE**

1.      On November 26, 2025, Plaintiff Aery Aviation, LLC ("Aery") commenced this civil action by filing a Verified Complaint in the Circuit Court for the City of Newport News, under case number CL2506395T-00, alleging one count of defamation per se (the "State Court Action"). A true and correct copy of the Verified Complaint is attached as Ex. A. Attached hereto

as Ex. B are all papers filed in the State Court Action. Exhibits A and B constitute all filings in the State Court Action of which Defendants are aware.

2. Defendants do not believe they have been validly served with process in the State Court Action. Defendants remove this action without waiving any objections to service of process, personal jurisdiction, or venue.

3. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed within 30 days after the receipt by Defendants of a copy of the Complaint.

4. No previous Notice of Removal has been filed or made with this Court for the relief sought herein.

5. All defendants who have received a copy of the Complaint join in and consent to this removal.

### RELATIONSHIP BETWEEN THE PARTIES

6. Plaintiff Aery is a judgment-debtor that is subject to an unpaid $1.2 million judgment owed to Defendant Talentscale.

7. On October 9, 2024, before the Honorable Jamar K. Walker of this Court, judgment was entered for Talentscale against Aery in the amount of $1,142,467.20 due to Aery's failure to pay Talentscale for staffing services rendered. *Talentscale, Inc. v. Aery Aviation, LLC*, 4:24-cv-00033-JKW-DEM, ECF No. 17.

8. Talentscale has since registered the judgment with the United States District Court for the Northern District of Florida as of January 13, 2025 under *Talentscale, Inc. v. Aery Aviation, LLC*, 5:2025-mc-00001, where post-judgment enforcement proceedings are ongoing.

9. Since entry of judgment, Talentscale has pursued lawful post-judgment enforcement proceedings in Florida.

10.     The communications at issue in the State Court Action occurred in the context of those judgment-enforcement efforts and concerned Aery's relationship with its lender, including proceedings relating to dissolution of a writ of garnishment.

11.     The State Court Action consists of a single claim for defamation per se based on email communications sent to Aery's lender concerning Aery's failure to pay the judgment and related enforcement issues.

12.     Plaintiff has named Douglas Poldrugo individually based solely on his alleged role in those communications.

13.     There is no reasonable possibility that Plaintiff can establish a viable cause of action against Poldrugo under applicable Virginia law.

14.     Poldrugo was fraudulently joined, and his citizenship must therefore be disregarded for purposes of diversity jurisdiction.

## THE PARTIES

15.     Plaintiff is a Virginia limited liability company. Plaintiff's members are Robert Dynan, Joshua Walton, Leslie Walton, and Scott Beale, who are respectively citizens of Virginia, Virginia, Virginia, and Florida. Accordingly, Plaintiff is a citizen of Virginia and Florida.

16.     Defendant Talentscale is a Nevada corporation with its principal place of business in Nevada. Defendant Talentscale is a citizen of Nevada.

17.     There is complete diversity between Plaintiff and Defendant Talentscale.

18.     Defendant Poldrugo is a Florida citizen.

19.     Although Poldrugo is a Florida citizen, his inclusion in the State Court Action was a fraudulent joinder.

3

**AUTHORITY FOR REMOVAL**

**I.     The Procedural Requirements for Removal are Satisfied.**

20.     Removal is timely. This Notice of Removal is filed within 30 days of Defendants' receipt of the Verified Complaint. Accordingly, it is timely pursuant to 28 U.S.C. § 1446(b).

21.     Venue is proper pursuant to 28 U.S.C. §1441(a) because this Court is in the district and division where the State Court Action was pending.

22.     No previous application has been made for the relief requested herein.

23.     A copy of the written notice required by 28 U.S.C. § 1446(d) will be filed in the State Court Action.

**II.     The Substantive Requirements for Removal are Satisfied.**

24.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because this is a civil action between citizens of different states, subject to the fraudulent joinder discussed herein.

25.     Aery is a citizen of Virginia and Florida.  Talentscale is a citizen of Nevada. While Poldrugo is also a citizen of Florida, Poldrugo's citizenship should not destroy diversity because Aery fraudulently joined Poldrugo.

26.     The amount in controversy exceeds $75,000, exclusive of costs and interest.

WHEREFORE, Defendants respectfully remove this action from the Circuit Court for the City of Newport News to this Court pursuant to 28 U.S.C. § 1441.

Respectfully Submitted,

/s/*Amy Epstein Gluck*
Amy Epstein Gluck (VSB No. 38626)
Pierson Ferdinand LLP
601 Pennsylvania Ave., NW, Suite 900
Washington, DC 20004
Telephone: (301) 526-1184
Email: amy.epsteingluck@pierferd.com

*Attorneys for Removing Defendants*
*Talentscale Inc. and Doug Poldrugo*
*(nominal party per fraudulent joinder)*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing via CM/ECF on December 29, 2025, which serves an electronic copy on all counsel and registered users of record.

By:    /s/*Amy Epstein Gluck*
       Amy Epstein Gluck