# EXHIBIT A

**New Filing - New Case Submitted**                          AERY AVIATION, LLC v TALENTSCALE, INC
                                                            Intentional Tort - Newport News Circui

Your civil action has been submitted to the Newport News Circuit.

| eFiling Tracking #: | EF-186929 |
|---|---|
| Date/Time Submitted: | 11/26/2025 04:22 PM |
| Date Filed: | 11/26/2025 |

| Document Description | Filing Party | Document Type | Filed By |
|---|---|---|---|
| VERIFIED COMPLAINT | AERY AVIATION, LLC (P) | | DAVIS, CHRISTOPHER (Bar#:74809) |
| EXHIBIT A | AERY AVIATION, LLC (P) | EXHIBITS | DAVIS, CHRISTOPHER (Bar#:74809) |

| Service of Process Name | Requested Process Server | Locality |
|---|---|---|
| TALENTSCALE, INC. | Private Processor | |
| POLDRUGO, DOUGLAS | Private Processor | |

## IN THE CIRCUIT COURT FOR THE CITY OF NEWPORT NEWS

| | |
|---|---|
| AERY AVIATION, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) **Case No.** |
| v. | ) |
| | ) |
| TALENTSCALE, INC. | ) |
| | ) |
| and | ) |
| | ) |
| DOUGLAS POLDRUGO, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**SERVE:**

**TALENTSCALE, INC.**
C/O REGISTERED AGENT, NEVADA DISCOUNT REGISTERED AGENT, INC.
827 LACA ST,
DAYTON, NV, 89403

**DOUGLAS POLDRUGO**
225 LA CANOSA BLVD
SANTA ROSA BEACH, FL 32459

## VERIFIED COMPLAINT

COMES NOW the Plaintiff, Aery Aviation, LLC ("**Aery**"), by counsel, and for its Complaint against Douglas Poldrugo ("**Poldrugo**") and Talentscale, Inc. ("**Talentscale**") (Poldrugo and Talentscale collectively, "**Defendants**"), states as follows:

## INTRODUCTION

This action arises from a calculated and malicious campaign by Defendants Talentscale, Inc. and its principal, Douglas Poldrugo, to coerce Aery into paying a judgment by attacking Aery's most essential business lifeline, its financial institution and primary lender, Cogent Bank

1

("**Cogent**"). On August 22, 2025, Defendants sent a mass email to multiple senior officers of Cogent, falsely accusing Aery of "ongoing financial crime," "ongoing fraud," participation in an "unlawful relationship" with the bank, and involvement in a "scheme," and threatening to make these allegations "extremely public." Simultaneously, Defendants forwarded to these same bank officers their counsel's privileged communications defaming Aery by accusing it of "defrauding a court." These allegations are categorically false and have caused—and continue to cause—severe reputational and financial harm to Aery.

## PARTIES

1. Aery is a Virginia limited liability company with a principal place of business in Newport News, Virginia.

2. Talentscale is a Nevada corporation with its principal place of business in Las Vegas, Nevada.

3. Poldrugo is an individual residing in Santa Rosa Beach, Florida.

## JURISDICTION AND VENUE

4. This Court has personal jurisdiction over Defendants pursuant to Va. Code § 8.01-328.1 because Defendants committed tortious acts outside Virginia that caused injury to Aery in Virginia, where Aery is domiciled and maintains its principal place of business.

5. Venue is proper in the Circuit Court for the City of Newport News under Va. Code § 8.01-262(A)(1) because Aery resides and conducts business here, and because the reputational and financial injuries resulting from Defendants' defamatory publications were suffered in this jurisdiction.

## FACTUAL ALLEGATIONS

### A.    Background Between Aery and Talentscale

6.    Aery Aviation, LLC is a Newport News–based aviation engineering and mission-solutions company that operates in one of the most reputation-sensitive sectors of the U.S. economy.

7.    Aery provides highly specialized services, including aircraft design and engineering, airframe and systems integration, FAA certification, maintenance and modification, special-mission platform support, and government contracting, to federal agencies, military clients, and commercial operators.

8.    Its continued viability depends on uncompromising trust in its technical integrity, regulatory compliance, financial transparency, and operational reliability.

9.    Because Aery performs work that requires security clearances, rigorous financial vetting, and adherence to federal aviation and procurement standards, the company's reputation for honesty and lawfulness is among its most valuable assets.

10.    Talentscale is a staffing company that provided certain personnel to Aery during 2021–2022.

11.    A dispute arose regarding amounts Talentscale claimed Aery owed for staffing services, which resulted in Arbitration. Ultimately, a judgment (the "Judgment") was entered in the United States District Court for the Eastern District of Virginia, in favor of Talentscale.

12.    Talentscale has since domesticated the Judgment in all three federal districts in the state of Florida, and has been aggressively pursuing collection, including attempting to unlawfully interfere with Aery's relationship with its secured creditors.

**B.    Aery's Banking and Lending Relationship with Cogent Bank**

13.    One of Aery's secured creditors is Cogent Bank, a federally regulated financial institution.

14.    Aery maintains a substantial line of credit, and other commercial loan products with Cogent.

15.    Aery's loan agreements with Cogent are legitimate commercial lending arrangements governed by written contracts.

16.    Aery's credit facility through Cogent is mission critical to its operations, cash-flow management, labor expenditures, and aviation project execution.

17.    Talentscale is not a party to Aery's lending relationship with Cogent, has no rights under Aery's lending agreements with Cogent.

18.    Nevertheless, frustrated with its failed collection attempts in Florida due to Cogent's status as a secured creditor of Aery, Talentscale began pressuring Cogent to take actions against Aery in support of Talentscale's debt-collection efforts.

**C.    Defendants Defame Aery to Cogent Bank**

19.    On August 22, 2025, and August 26, 2025, Defendant Poldrugo sent two separate email communications to at least ten senior officers and employees of Cogent Bank. The subject line of the email was: "Aery Aviation Criminality/Cogent Bank vs. Talentscale, Inc." Both emails are attached as **Exhibit A**.

20.    In the first and central email, sent on August 22, 2025 ("**Defamatory Email**"), Defendant Poldrugo falsely accused Aery of, among other things, committing an "ongoing financial crime," asserted that Aery and Cogent were "legally and soon to be criminally liable for

4

ongoing fraud," claimed that Cogent and Aery maintained an "unlawful relationship," and alleged that "SOMEONE in [Cogent's] chain of command is . . . in on this scheme." Ex. A.

21. These statements are categorically false.

22. In that same Defamatory Email, Defendant Poldrugo republished internal communications from Talentscale's counsel, Kenneth Chase, which themselves contained defamatory statements about Aery such as, among other things, that Aery "defrauded a court," and misled a federal judge. Ex. A.

23. These statements are also false.

24. Four days later, Defendant Poldrugo sent a second, shorter follow-up email to the same Cogent Bank recipients, in which he demanded acknowledgment, pressed for immediate action, and conveyed an escalating tone intended to pressure Cogent into involvement in Talentscale's dispute with Aery. Ex. A.

25. Both the Defamatory Email and the August 26 follow-up email were published to multiple third-party Cogent Bank officials, none of whom were agents of Aery.

26. Aery has not committed any financial crime, fraud, conspiracy, or other unlawful conduct with Cogent or any bank.

27. Aery has not defrauded any court.

28. As a result of these defamatory statements, Aery's relationship with Cogent has suffered harm, including among other things, increased scrutiny on its credit facilities and restrictions on Aery's spending, thus resulting in repercussions on Aery's ability to conduct its business.

29. These statements have and/or will cause Aery harm in terms of obtaining financing from other institutions given the small community of major lenders.

5

## COUNT I
### Defamation *Per Se*

30.    Aery incorporates the preceding paragraphs as if fully restated herein.

31.    Defendants published the Defamatory Email, which contained multiple false factual statements accusing Aery of criminal activity, fraud, conspiracy, and unlawful conduct, thus constituting defamation *per se*.

32.    Defendants' accusations were made without reasonable basis, in reckless disregard of the truth, and with actual malice.

33.    As a direct and proximate result of Defendants' conduct, Aery has suffered injuries including reputational harm, loss of goodwill, impairment of banking relationships, increased financing costs, disruption of operations, and potential business losses, which are currently being investigated.

WHEREFORE, Aery Aviation LLC respectfully requests judgment against Defendants Talentscale, Inc. and Douglas Poldrugo, jointly and severally, awarding:

1.    Damages in the amount of $1,000,000.00 with post-judgment interest at 6%;

2.    Punitive damages in the amount of $350,000.00;

3.    Such other relief as the Court deems just and proper.

Respectfully submitted,
Aery Aviation, LLC

By _____

Christopher D. Davis (VSB No. 74809)
Justin R. Burch (VSB No. 92135)
Erin C. McDaniel (VSB No. 94884)
Davis, Burch & Abrams

555 Belaire Ave, Suite 340
Chesapeake, VA 23320
Tel: (757) 410-2293
Fax: (757) 257-8614
Chris.Davis@davisba.com
Justin.Burch@davisba.com
Erin.McDaniel@davisba.com

## Declaration of Sean Boyd

Pursuant to Virginia Code § 8.01-4.3, I, Sean Boyd, as CFO of Aery Aviation, do hereby declare and certify under the penalty of perjury that the aforementioned allegations in this Complaint are true and correct:

_____

Sean Boyd

7

# Exhibit A

**From:** Doug Poldrugo <doug@kinetic-ts.com>
**Sent:** Tuesday, August 26, 2025 10:28 AM
**To:** Lee Hanna <lhanna@cogentbank.net>; Chirag Bhavsar <cbhavsar@cogentbank.net>; Rebekah Calhoun <rcalhoun@cogentbank.net>; Kyle Feldman <kfeldman@cogentbank.net>; Scott Allan Flanders <sflanders@cogentbank.net>; Stephen Graham <sgraham@cogentbank.net>; Suzanne Rodman <srodman@cogentbank.net>; Kim Rossa <krossa@cogentbank.net>; Lori Turnage <lturnage@cogentbank.net>; pyeloushang@cogentbank.net
**Cc:** Bill Ulmer <bill@talentscale.com>; Josh Poldrugo <josh@kinetic-ts.com>; Pam Poldrugo <poldrugopam@gmail.com>
**Subject:** [EXTERNAL]RE: Aery Aviation Criminality/Cogent Bank vs. Talentscale, Inc.

**CAUTION:** This email originated from outside of Cogent Bank. Do not click links or open attachments unless you recognize the sender and know the content is safe.

10/16/25, 11:14 AM — Travis Davis, PLC Mail - [DOCUMENT[EXTERNAL]RE: Aery Aviation Criminality/Cogent Bank vs. Talentscale, Inc...

Case 4:25-cv-00173-RBS-LRL Document 1-1 Filed 12/29/25 Page 12 of 17 PageID# 17

Cogent Team,

I am requesting to receive an acknowledgement of this email today. A simple one word response will suffice for now, YES there is internal discussion on reconciling this, or NO the Cogent plan of action is to continue litigation. If it is to continue litigation, my wife and I need to brace for the impacts coming from our bank on our home.

Please advise soonest.

Very Respectfully,

Doug



**SDVOSB**
**Doug Poldrugo**
**Founder-CEO**
**USMC Veteran, Charlie Company 1st Tank Battalion**
**PO Box 2299 Santa Rosa Beach, FL 32459**
**M: 760-458-7633**
**www.kinetic-ts.com**
**DUNS: 11-944-9578**
**UIE: XAGGCPD2L6V5**
**Cage Code: 101M0**

*"The Kinetic Mission is to serve our Nation through job creation, focused on the Veteran Community while delivering quality, execution and accountability for our employees clients and families."*

---

**From:** Doug Poldrugo
**Sent:** Friday, August 22, 2025 6:31 PM
**To:** lhanna@cogentbank.net; cbhavsar@cogentbank.net; rcalhoun@cogentbank.net; kfeldman@cogentbank.net; sflanders@cogentbank.net; sgraham@cogentbank.net; srodman@cogentbank.net; krossa@cogentbank.net; lturnage@cogentbank.net; pyeloushang@cogentbank.net
**Cc:** Bill Ulmer <bill@talentscale.com>; Josh Poldrugo <josh@kinetic-ts.com>; Pam Poldrugo <poldrugopam@gmail.com>
**Subject:** Aery Aviation Criminality/Cogent Bank vs. Talentscale, Inc.

Cogent Leadership Team,

I write to you all to expose and hopefully resolve an ongoing financial crime committed against my families Service-Disabled Veteran Owned Small Business, Talentscale, Inc. by Aery Aviation and it's Officers namely, Scott Beale, Steve and Joshua Walton. I am unaware of the level of knowledge anyone on this DList may or may not have regarding this lawsuit, which has been ongoing for 3+ years. Let me speak plainly and candidly.

Aery/Cogent Bank and it's Officers are, in a point of fact legally and soon to be criminally liable for ongoing fraud against my now defunct family business Talentscale, Inc. This has been aided knowingly or not, by the financial support of Cogent Bank throughout, as evidenced in mounting litigation against Aery, it's Officers and soon, Cogent Bank. Cogent Bank, based on Discovery has what is now unquestionably an

Case 4:25-cv-00173-RBS-LRL Document 1-1 Filed 12/29/25 Page 13 of 17 PageID# 18

unlawful relationship with Aery. This is documented in a Federal Judgement from 2024 which remains unpaid, (Case No. 5:25-mc-0001-TKW-MJF.) An excerpt from the award and recent enforcement attempts are documented in communications below in red. A complete history and all documentation validating this is available via our/Cogent Counsel.

I built Talentscale in 2008 from the ground up with nothing, bootstrapping from the onset while building a solid industry reputation. Our mission was to mobilize Veteran aircraft Maintainers/Technicians, working the most mission critical assets within our National Defense portfolio. As a small company, we hired over 4,000 Veteran employees…An honorable pursuit by any account. My wife and I leveraged everything we had at the time after serving as a Marine Corps NCO, and then a very successful run at Aerotek running Ops for them in San Diego for 12 years.

As all of this has transpired over the last 4 years, it has destroyed me financially, forced the fire sale of a proud Patriotic Small Business and wrought incalculable financial, mental and physical anguish on my wife and myself, as well as my 3 my sons who are active in the business. I now find myself a Pauper at 52 years and for what? Executing on a program at a high level as we have always done.

In the midst of this, we have produced Discovery which exposes Scott Beale, Steve Walton and Josh Walton have paid themselves distributions in excess of $15,300,000 plus over 3 years 2021-2024, and $600,000 in W2 income. This is also documented and will be provided soonest. Scott in particular is currently building a home on Marco Island FL while my wife and I fight to keep our dream home in FL, and build another small business. He has also purchased two personal private aircraft and a waterfront home in Ohio over the last 3 years. Cogent is backing this.

Cogent is unquestionably exposed at this stage. I implore this group to convene, discuss and move on settlement. I don't care if I'm telegraphing it but I also expect personal satisfaction through this, and am sick of dealing with/paying Lawyers. I won't speak for my Partner Bill, but this has crippled him to the same degree.

SOMEONE within your Chain of Command is unquestionably aware of and in on this scheme. **Lee/Chirag,** with all respect I ask that you flush them out immediately and humbly request your response in this regard. With every fiber of my being, I will see this through. With family members who work at high visibility media networks, it is also my intent to share this publicly on any and all outlets. Burning down a Veteran Owned Small Business and impacted family members is not a good look. It is NOT my wish to go this route.

Please respond, advise and comment soonest. Do right by my family. The alternative will be extremely public to a degree Cogent Bank is going to regret and has no ability to run from with any semblance of credibility.

Accountability and transparency.

My expectation is a call directly with your Leadership to discuss by NLT Wednesday at 1700 CST to discuss. If a response to this involves an Attorney charging $300 per email, I will have my answer. That's my grocery budget in September because of this.

VR

Doug

**From:** Kenneth E. Chase <kchase@chaselaw.com>
**Sent:** Friday, August 22, 2025 3:22:48 PM
**To:** Doug Poldrugo <doug@kinetic-ts.com>
**Cc:** ulmerb@gmail.com <ulmerb@gmail.com>; Pam Poldrugo <poldrugopam@gmail.com>
**Subject:** RE: Talentscale, Inc. v. Aery Aviation, LLC, 5:25-mc-00001-TKW-MJF, Meet and Confer re: Motion for Referral to Mediation

- **Regulatory complaints have been filed with the Federal Reserve, the Office of the Comptroller of the Currency, the Florida Department of Financial Services, and the Consumer Financial Protection Bureau. I intend to keep filing these until we get a response. If you want to submit additional complaints, the narrative is below for Cogent Bank, 420 S. Orange Avenue, Suite 150, Orlando, FL 32801.**

- Cogent Bank appears to have an inappropriate and unlawful relationship with its borrower, Aery Aviation, LLC. Cogent and Aery entered into a Business Loan Agreement on June 23, 2021, secured by a $9 million revolving line of credit. That limit was raised to $15 million, and most recently to $18 million in July 2025.

- 

- Talentscale, Inc. is a specialized staffing company which provided nearly a year of services to Aery in 2021–2022 but was never paid. Aery made repeated written promises to "satisfy all debts owed to Talentscale" and on February 8, 2023, acknowledged the full amount owed. Despite Cogent's credit facilities that gave Aery ample liquidity, Aery falsely claimed it lacked funds. On October 9, 2024, Talentscale obtained a federal judgment for $1,142,467 in the Eastern District of Virginia, later domesticated in the Northern District of Florida (Case No. 5:25-mc-00001-TKW-MJF). Aery did not appeal. Even after judgment, Aery continued to insist it lacked liquidity.

- 

- In post-judgment discovery, Cogent failed to disclose all Aery accounts pursuant to subpoena and writ of garnishment. Cogent then intervened in a $921,471 garnishment proceeding, moving to dissolve Talentscale's writ and permitting Aery to mislead the court that the garnished debt was owed to Cogent rather than Aery. On May 23, 2025, Cogent's counsel misled the judge again, stating Aery was "30 days past due" and had not made its March payment. This was false. On May 28, 2025, after Talentscale's motion to compel, Cogent produced records showing Aery paid Cogent $5,923,136 in March and April 2025—nearly $6 million concealed while persuading the judge to release Talentscale's garnishment.

- 

- Cogent never corrected the record. These documents confirm Aery had sufficient liquidity at all times, and that Cogent actively assisted in concealing this. The Loan Agreement requires Aery to pay "all respective obligations and liabilities… before they shall become delinquent or in default" (Sections 5.08; 9.01(k)). Cogent knew Aery ignored this covenant by refusing to pay a federal judgment, yet continued to support its borrower's deception. The judge expressly stated that payment to Talentscale was within the scope of the loan proceeds.

- 

- In July 2025, Cogent raised Aery's credit line to $18 million, eliminating any argument that Aery lacked funds to pay a judgment nearly three times smaller than the increase alone. But Aery still refused, insisting it was "controlled" by its lender and could not act without Cogent's direction. When asked, Cogent's counsel said Cogent "does not object" to Aery paying, but Cogent has stalled and enabled this charade, undermining a federal judgment. Talentscale has been severely harmed.

- 

- Cogent's relationship with Aery may also be unlawful because the sheer scale of transfers through Aery's accounts—millions monthly—generate massive fees which, if treated as interest, appear usurious. Cogent thus appears to be violating the rights of a judgment-creditor while charging unlawful rates to a borrower that, with Cogent's assistance, defrauded a court. Cogent also concealed at least 33 communications with Aery by claiming "privilege." We are confident that investigation will uncover unsound banking practices at minimum, and likely unlawful conduct by a regulated bank. We request this matter be investigated to the fullest extent of the law.

- 
- **
- 
- 
- 
- **Kenneth E. Chase**
- Chase Law & Associates, P.A.
- t 305.402.9800
- kchase@chaselaw.com
- 
- **Boca Raton Office**
- 951 Yamato Road, Suite 280
- Boca Raton, FL 33431
- 
- FLORIDA I CALIFORNIA
- WASHINGTON, DC I NEW YORK
- MASSACHUSETTS I MARYLAND I TEXAS
- 
- www.chaselaw.com
- 



- 
- *This electronic communication contains information from the law firm of Chase Law & Associates, P.A. The contents and attachments may be privileged and confidential and are intended only for the named recipients. If you are not an intended recipient, please note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you received this communication in error, please contact me. Thank you for your assistance.*
- 
- **From: Kenneth E. Chase**
  **Sent: Friday, August 22, 2025 3:38 PM**
  **To: Doug Poldrugo <doug@kinetic-ts.com>**
  **Cc: ulmerb@gmail.com; Pam Poldrugo <poldrugopam@gmail.com>**
  **Subject: RE: Talentscale, Inc. v. Aery Aviation, LLC, 5:25-mc-00001-TKW-MJF, Meet and Confer re: Motion for Referral to Mediation**

- **Cogent Bank appears to have an inappropriate and unlawful relationship with its borrower, Aery Aviation, LLC. Cogent and Aery entered into a Business Loan Agreement on June 23, 2021, secured by a $9 million revolving line of credit. That limit was raised to $15 million, and most recently to $18 million in July 2025. Talentscale, Inc. is a specialized staffing company which provided nearly a year of services to Aery in 2021–2022 but was never paid. Aery made repeated written promises to "satisfy all debts owed to Talentscale" and on February 8, 2023, acknowledged the full amount owed. Despite Cogent's credit facilities that gave Aery ample liquidity, Aery falsely claimed it lacked funds. On October 9, 2024, Talentscale obtained a federal judgment for $1,142,467 in the Eastern District of Virginia, later domesticated in the Northern District of Florida (Case No. 5:25-mc-00001-TKW-MJF). Aery did not appeal. Even after judgment, Aery continued to insist it lacked liquidity. In post-judgment discovery, Cogent failed to disclose all Aery accounts pursuant to subpoena and writ of garnishment. Cogent then intervened in a $921,471 garnishment proceeding, moving to dissolve Talentscale's writ and permitting Aery to mislead the court that the garnished debt was owed to Cogent rather than Aery. On May 23, 2025, Cogent's counsel misled the judge again, stating Aery was "30 days past due" and had not made its March payment. This was false. On May 28, 2025, after Talentscale's motion to compel, Cogent produced records showing Aery paid Cogent $5,923,136 in March and April 2025—nearly $6 million concealed while persuading the judge to**

<span style="color:red">release Talentscale's garnishment. Cogent never corrected the record. These documents confirm Aery had sufficient liquidity at all times, and that Cogent actively assisted in concealing this. The Loan Agreement requires Aery to pay "all respective obligations and liabilities… before they shall become delinquent or in default" (Sections 5.08; 9.01(k)). Cogent knew Aery ignored this covenant by refusing to pay a federal judgment, yet continued to support its borrower's deception. The judge expressly stated that payment to Talentscale was within the scope of the loan proceeds. In July 2025, Cogent raised Aery's credit line to $18 million, eliminating any argument that Aery lacked funds to pay a judgment nearly three times smaller than the increase alone. But Aery still refused, insisting it was "controlled" by its lender and could not act without Cogent's direction. When asked, Cogent's counsel said Cogent "does not object" to Aery paying, but Cogent has stalled and enabled this charade, undermining a federal judgment. Talentscale has been severely harmed. Cogent's relationship with Aery may also be unlawful because the sheer scale of transfers through Aery's accounts —millions monthly—generate massive fees which, if treated as interest, appear usurious. Cogent thus appears to be violating the rights of a judgment-creditor while charging unlawful rates to a borrower that, with Cogent's assistance, defrauded a court. Cogent also concealed at least 33 communications with Aery by claiming "privilege." We are confident that investigation will uncover unsound banking practices at minimum, and likely unlawful conduct by a regulated bank. We request this matter be investigated to the fullest extent of the law.</span>

- 



**SDVOSB**
**Doug Poldrugo**
**Founder-CEO**
**USMC Veteran, Charlie Company 1st Tank Battalion**
**PO Box 2299 Santa Rosa Beach, FL 32459**
**M: 760-458-7633**
**www.kinetic-ts.com**
**DUNS:  11-944-9578**
**UIE:  XAGGCPD2L6V5**
**Cage Code:  101M0**


*"The Kinetic Mission is to serve our Nation through job creation, focused on the Veteran Community while delivering quality, execution and accountability for our employees clients and families."*


<span style="color:blue">**IMPORTANT INFORMATION REGARDING FRAUDULENT TRANSACTIONS**
**Do not send electronic funds or wire transfers before contacting the recipient at an independently verified phone number to confirm all instructions. Taking the time to verify instructions verbally not via email significantly reduces the possibility of sending funds to a fraudster.**</span>

DISCLAIMER
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

Case 4:25-cv-00173-RBS-LRL Document 1-1 Filed 12/29/25 Page 17 of 17 PageID# 22

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.