**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

| | |
|---|---|
| AERY AVIATION, LLC,<br>1009 Providence Boulevard<br>Newport News, VA 23602<br><br>     Plaintiff,<br><br>v.<br><br>TALENTSCALE, INC.,<br>1350 E. Flamingo Road, Suite 734<br>Las Vegas, NV 89119<br><br>     and<br><br>DOUGLAS POLDRUGO,<br>225 La Canosa Blvd.<br>Santa Rosa Beach, FL 32459<br><br>     Defendants. | Case No. |

## DEFENDANTS' LOCAL RULE 7.1 FINANCIAL DISCLOSURE

Pursuant to Local Rule 7.1, Defendants Talentscale, Inc. ("Talentscale") and Douglas Poldrugo (nominal party via fraudulent joinder per the Notice of Removal) hereby make the following financial disclosure statement:

Neither Defendant has any parent, subsidiary, or affiliate entities (corporate or otherwise) that have issued stock or debt securities to the public and no publicly held entity (corporate or otherwise) owns 10% or more of Defendant Talentscale's stock.

Respectfully Submitted,

/s/*Amy Epstein Gluck*
Amy Epstein Gluck (VSB No. 38626)
Pierson Ferdinand LLP
601 Pennsylvania Ave., NW, Suite 900
Washington, DC 20004
Telephone: (301) 526-1184
Email: amy.epsteingluck@pierferd.com

*Attorneys for Removing Defendants*
*Talentscale Inc. and Doug Poldrugo*
*(nominal party per fraudulent joinder)*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served the foregoing via CM/ECF on December 29, 2025, which serves an electronic copy on all counsel and registered users of record.

By:   /s/*Amy Epstein Gluck*
Amy Epstein Gluck

2