**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

| | |
|---|---|
| AERY AVIATION, LLC,<br>1009 Providence Boulevard<br>Newport News, VA 23602<br><br>     Plaintiff,<br><br>v.<br><br>TALENTSCALE, INC.,<br>1350 E. Flamingo Road, Suite 734<br>Las Vegas, NV 89119<br><br>     and<br><br>DOUGLAS POLDRUGO,<br>225 La Canosa Blvd.<br>Santa Rosa Beach, FL 32459<br><br>     Defendants. | Case No. 4:25-cv-00173-RBS-LRL |

**DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE, FAILURE TO STATE A CLAIM, AND VIOLATION OF <u>VIRGINIA'S ANTI-SLAPP STATUTE</u>**

Defendants Talentscale, Inc. and Douglas Poldrugo ("Defendants") hereby file this Motion to Dismiss for Lack of Personal Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), for Improper Venue under Rule 12(b)(3), for Failure to State a Claim under Rule 12(b)(6), and for violation of Virginia's anti-SLAPP statute under Va. Code § 8.01-223.2(A) ("Motion"). The grounds for this Motion are set forth in Defendants' Memorandum in Support filed with this Motion and the exhibits attached thereto.

DATED:     January 5, 2026

                                       By: *s/ Amy Epstein Gluck*
                                     Amy Epstein Gluck (VSB No. 38626)

PIERSON FERDINAND LLP
601 Pennsylvania Ave., NW, Ste. 900
Washington, DC 20004
amy.epsteingluck@pierferd.com
Tel: 301.526.1184

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2026, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will then send a notification of such filing (NEF)

to the following:

Christopher D. Davis
Chris.Davis@davisba.com
Justin R. Burch
Justin.Burch@davisba.com
Erin C. McDaniel
Erin.McDaniel@davisba.com
Davis, Burch & Abrams
555 Belaire Ave, Suite 340
Chesapeake, VA 23320


  /s/Amy Epstein Gluck
Amy Epstein Gluck