### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### NEWPORT NEWS DIVISION

AERY AVIATION, LLC,

      Plaintiff,

v.

TALENTSCALE, INC.,
     and
DOUGLAS POLDRUGO,

      Defendants.

Case No. 4:25-cv-00173-RBS-LRL

### [PROPOSED] ORDER

This matter comes before the Court on Defendants Talentscale, Inc. and Douglas Poldrugo's Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(6), and Virginia Code § 8.01-223.2 (Doc. No. 5). The Court has considered the Motion, the supporting memorandum and declaration, and all other materials properly before the Court.

Upon consideration thereof, and for the reasons stated herein, it is hereby

**ORDERED** that Defendants' Motion to Dismiss (Doc. No. 5) is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** for lack of personal jurisdiction over Defendants pursuant to Federal Rule of Civil Procedure 12(b)(2); and it is further

**ORDERED** that, in the alternative, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** for improper venue pursuant to Federal Rule of Civil Procedure 12(b)(3); and it is further

**ORDERED** that, in the further alternative, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6), the challenged statements being protected by absolute judicial privilege, constituting non-actionable expressions of opinion, and the Complaint failing to plead facts establishing actual malice; and it is further

**ORDERED** that Defendants are entitled to immunity under Virginia Code § 8.01-223.2, the challenged statements being protected speech on matters of public concern; and it is further

**ORDERED** that Defendants' request for an award of reasonable attorneys' fees and costs pursuant to Virginia Code § 8.01-223.2(B) is **GRANTED**; and it is further

**ORDERED** that Defendants shall file their fee application, supported by appropriate documentation, within fourteen (14) days of the entry of this Order, and Plaintiff shall file any opposition within fourteen (14) days thereafter; and it is further

**ORDERED** that the Clerk is directed to enter judgment in favor of Defendants and to close this case upon resolution of the attorneys' fees application.

IT IS SO ORDERED.

Dated: _____

_____
Rebecca Beach Smith
United States District Judge

2