**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

| | | |
|---|---|---|
| **AERY AVIATION, LLC** | ) | |
| | ) | **Case No. 4:25-cv-00173** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TALENTSCALE, INC.** | ) | |
| **and** | ) | |
| **DOUGLAS POLDRUGO,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**PLAINTIFF AERY AVIATION, LLC'S MOTION TO REMAND**

Now comes the Plaintiff Aery Aviation, LLC ("Aery"), by counsel, and pursuant to 28 U.S.C. § 1447(c), moves this Court to remand this matter back to state court for lack of subject matter jurisdiction.  In support, Aery refers this Court to its Memorandum in Support filed contemporaneously with this Motion.

WHEREFORE, for the reasons stated in the accompanying Memorandum in Support of this Motion to Remand, Plaintiff Aery Aviation, LLC, respectfully requests the Court grant its motion to remand the matter to state court, and any other relief this Court deems just and appropriate.

Respectfully Submitted,
**AERY AVIATION, LLC**

By: /s/ *Erin C. McDaniel*
Of Counsel

1

Chris D. Davis (VSB No. 74809)
Erin C. McDaniel (VSB No. 94884)
Davis, Burch & Abrams
555 Belaire Ave, Suite 340
Chesapeake, VA 23320
Telephone: (757) 410-2293
Facsimile: (757) 257-8614
Chris.davis@davisba.com
Erin.mcdaniel@davisba.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January 2026, a true and accurate copy of the foregoing was electronically filed via the Court's ECM/ECF system which will send notification of such filing to the following:

Amy Epstein Gluck
Pierson Ferdinand LLP
601 Pennsylvania Ave, NW Ste 900
Washington, DC 20004
301-526-1184
amy.epsteingluck@pierferd.com

By: /s/ *Erin C. McDaniel*

2